# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | Case Number: CR-13-063-5-F |
| KASSANDRA BATES, a/k/a<br>Sandra Teresita Vargas Farrier | USM Number: 31246-064 |
| | Juan Chardiet<br>Defendant's Attorney |

THE DEFENDANT:

☒  pleaded guilty to count    1 of 5/4/2016 Superseding Information    .

☐  pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐  was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:3 | Accessory After the Fact | April 2013 | 1(ss) |

   The defendant is sentenced as provided in pages 2 through  4  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____ .

☒  3/20/2013 Indictment and 8/21/2013 Superseding Indictment are dismissed on the motion of the United States.

   IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 15, 2016
Date of Imposition of Sentence

/s/ Stephen P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

June 16, 2016
Date Signed

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
              Sheet 4 - Probation

| | |
|---|---|
| Defendant:     BATES, Kassandra, a/k/a Sandra Teresita Vargas Farrier | Judgment–Page  2  of  4 |
| Case Number:  CR-13-063-5-F | |

## PROBATION

The defendant is hereby sentenced to probation for a term of <u>1 year.  The term of probation shall be unsupervised.</u>

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

[X]    The court suspends the foregoing requirement for mandatory urine screening pursuant to 18 U.S.C. § 3563(a)(5).

[X]    The court is not imposing community service.

[X]    The defendant shall pay a fine in the amount of $25,000.00, which shall be due immediately.

[X]    The defendant shall pay a special assessment in the amount of $25.00, which shall be due immediately.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

Defendant: BATES, Kassandra, a/k/a Sandra Teresita Vargas Farrier     Judgment–Page __3__ of __4__
Case Number: CR-13-063-5-F

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $25.00 | $25,000.00 | $0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution payments to the U.S. Court Clerk, 200 N.W. 4th Street, Oklahoma City, OK 73102, to be distributed to the payees in the amounts listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Individual names omitted. See list in Court Clerk's Office.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $_____ | $_____ | |

☐ Restitution amount ordered pursuant to plea agreement     $_____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ The interest requirement is waived for the    ☐ fine    ☐ restitution.
    ☐ The interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
  Sheet 6 - Schedule of Payments

Defendant: BATES, Kassandra, a/k/a Sandra Teresita Vargas Farrier  Judgment–Page __4__ of __4__
Case Number: CR-13-063-5-F

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** Unless the court has expressly ordered otherwise, lump sum payment of all criminal monetary penalties is due immediately.

**B** Balance, if any, due in accordance with the policies listed below **or**
  ☐ Not later than _____

**C** Unless the court has expressly ordered otherwise, said special assessment of $<u>25.00</u> is due immediately.

**D** Unless the court has expressly ordered otherwise, said restitution and/or fine in the amount of $<u>25,000.00</u> is due and payable immediately.

**E** If restitution is not paid immediately, the defendant shall make payments of 10% of the defendant's quarterly earnings during the term of imprisonment.

**F** After release from confinement, if restitution is not paid immediately, the defendant shall make payments of the greater of $____ per month or 10% of defendant's gross monthly income, as directed by the probation officer.  Payments are to commence not later than 30 days after release from confinement.

**G** Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon non-exempt property of the defendant discovered before or after the date of this judgment, including the Taxpayer Offset Program.

**H** Unless the court has expressly ordered otherwise, the defendant must pay interest on restitution and/or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

**I** Release from supervision does not absolve defendant from payment of this debt.

**J** **Special instructions regarding the payment of criminal monetary penalties:**

**K** All criminal monetary penalties shall be paid through the United States Court Clerk for the Western District of Oklahoma, 200 N.W. 4th Street, Oklahoma City, Oklahoma 73102.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

  All right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dated _____ (doc. no. ____).

Payments shall be applied in the following order:  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.